UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
MELVIN GRADY,

                         Plaintiff,

      -against-

CITY OF NEW YORK, et al.

                        Defendants.
----------------------------------------------------------------- x

**ORDER**

07-CV-7754
(AKH)(AJP)

ALVIN K. HELLERSTEIN, U.S. District Judge

      Upon the application of defendant City of New York for an order related to conducting a hearing with plaintiff, Melvin Grady, an inmate, pursuant to New York General Municipal Law 50-H:

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Elmira Correctional Facility, located in Elmira, New York, produce Melvin Grady, Inmate No. 07-A-1687, for the purpose of conducting a hearing pursuant to General Municipal Law 50-H through means of a videoconference, on Friday, November 2, 2007, commencing at approximately 9:30 a.m., until completion; and (2) that Melvin Grady, Inmate No. 07-A-1687, appear in such place as designated by the Superintendent or other official in charge of Elmira Correctional Facility so that the hearing may be conducted.

Dated:    New York, New York
             10/9, 2007

                                               United States District Judge