UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MELVIN GRADY

                    Plaintiff,

                                            **AUTOMATIC DISCLOSURE**
        -against-                           07 CIV 7754 (AKH) (AJP)


THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, DET. DENNIS BRADLEY,
UNDERCOVER OFFICER # 29103, UNDERCOVER
OFFICER #7327

                    Defendants.
------------------------------------X

        Plaintiff, MELVIN GRADY, by his attorney Richard M. Gutierrez,

Esq., sets forth the following in compliance with the Mandatory

Automatic Disclosure, pursuant to Rule 26(a) under the Federal

Rules of Civil Procedure:

        1.    A.    The name and if known, the address and telephone

number of each individual likely to have discoverable information

relevant to disputed facts alleged in the pleadings:

        None to date

            B.    A copy of, or a description of category and location

of, all documents, data, compilations and tangible things in the

possession, custody or control of the party that are relevant to

disputed facts alleged with particularity in the pleadings.

            50-H transcript of Melvin Grady, Bellevue Hospital

Center-hospital records; chart number 312-16-70; Prison Health

Services: NYC Department of Health and Mental Hygiene-medical

records as of January 30, 2007; Franklin Correctional Facility-