Dated:    Forest Hills, New York
           February 26, 2008

                                        Yours etc., *Richard M. Gutierrez*
                                        Richard M. Gutierrez, Esq.
                                        Attorney for Plaintiff
                                        118-35 Queens Boulevard
                                        Suite 1500
                                        Forest Hills, New York 11375
                                        (718) 520-0663


To:   Corporation Counsel
      100 Church Street, Room 3-141
      New York, New York 10007
      Attn: Jordan M. Smith, Esq.