UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
**MELVIN GRADY**,                                    **AFFIDAVIT OF SERVICE**
                          Plaintiff,

         - against -

**THE CITY OF NEW YORK,**
**THE NEW YORK CITY POLICE DEPARTMENT,**
**DET. DENNIS FRADLEY, UNDERCOVER OFFICER #29103,**
**UNDERCOVER OFFICER #7327**

                          Defendants.
------------------------------------------X

STATE OF NEW YORK    )
COUNTY OF QUEENS     )   S.S.

Neca Rivera, being duly sworn, deposes and says:

That I am not a party to the action and am over the age of 18 years of age and reside in the County of the Brooklyn, State of New York.

That on the 26th day of February I mailed a copy of the annexed **AUTOMATIC DISCLOSURE** upon:

Corporation Counsel
100 Church Street, Room 3-141
New York, New York 10007
Attn: Jordan M. Smith, Esq.

by depositing a true copy of the same securely enclosed in a post-paid wrapper in the mail chute maintained and exclusively controlled by the United States at 118-35 Queens Blvd., Forest Hills, N.Y. 11375, directed to said persons at the above address that being the address designated by them for the purpose upon the preceding papers in this action, or the place where they then kept an office or residence and that said post-paid wrapper has not been returned to my office.

                                                NECA RIVERA

Sworn to before me this
25th of February, 2008

_____
NOTARY PUBLIC

HELENE GUGERTY
Notary Public, State of New York
No. 02GU5056237
Qualified in Nassau County
Commission Expires March 04,