CIVIL ACTION NO: 07CV7754
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN GRADY

PLAINTIFF

-against-

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE
DEPARTMENT, DET. DENNIS
BRADLEY, UNDERCOVER OFFICER
#29103, UNDERCOVER OFFICER
#7327

## AUTOMATIC DISCLOSURE

RICHARD M. GUTIERREZ, ESQ.

*Attorney for* PLAINTIFF

*Office and Post Office Address, Telephone, Fax*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NY 11375
Telephone No.: 718-520-0663
Fax No.:          718-520-8306**

To:
Corporation Counsel
100 Church Street
New York, NY

Attorney(s) for    DEFENDANTS

Service of a copy of the within                              is hereby admitted.

Dated:

Attorney(s) for

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:   February 26, 2008

Signature  *[signature]*
RICHARD M. GUTIERREZ, ESQ.

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within
named court on                    2008.

Dated:

Yours, etc.
RICHARD M. GUTIERREZ, ESQ.
*Attorney for*
*Office and Post Office Address*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375**

To:
Attorney(s) for

---

NOTICE OF SETTLEMENT

PLEASE take notice that an Order
of which the within is a true copy will be presented for
settlement to the Hon.
one of the judges of the within named Court, at
on 2008    at

Dated,
Yours, etc.
RICHARD M. GUTIERREZ, ESQ.
*Attorney for*
*Office and Post Office Address*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375**

To
Attorney(s) for