UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MELVIN GRADY

                Plaintiff,

                                          **AUTOMATIC DISCLOSURE**

  -against-                               07 CIV 7754 (AKH) (AJP)

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, DET. DENNIS BRADLEY,
UNDERCOVER OFFICER # 29103, UNDERCOVER
OFFICER #7327

                Defendants.
------------------------------------X

        Plaintiff, MELVIN GRADY, by his attorney Richard M. Gutierrez, Esq., sets forth the following in compliance with the Mandatory Automatic Disclosure, pursuant to Rule 26(a) under the Federal Rules of Civil Procedure:

        1.    A.    The name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged in the pleadings:

    None to date

        B.    A copy of, or a description of category and location of, all documents, data, compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

        50-H transcript of Melvin Grady, Bellevue Hospital Center-hospital records; chart number 312-16-70; Prison Health Services: NYC Department of Health and Mental Hygiene-medical records as of January 30, 2007; Franklin Correctional Facility-

Sing Sing Correctional Facility medical records

        C.    A compilation of any category of damages claimed by the disclosing party and materials upon which such compilation is based.

Personal injury to back, wrists, head, face, neck and rectum.

Plaintiff suffered permanent nerve damage to wrist and hands.

Plaintiff was sexually assaulted by a police officer during the course of his arrest. The police officer inserted his finger(s) into Plaintiff's rectum. This caused psychological damage to which Plaintiff is undergoing psychiatric treatment. Plaintiff suffers from post-traumatic stress disorder. Plaintiff relies on the medical records at the time of the incident and thereafter.

        D.    Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable to plaintiff.

2.    A.    Expert Witness Disclosure

Plaintiff has not yet retained the services of a expert to testify on her behalf at the trial of this matter. When an expert is so retained, a further response to this demand will be forthcoming.

Plaintiff, MELVIN GRADY, reserves its right to amend and/or supplement this response, as provided for and required by the Federal Rules of Civil Procedure.