Dated: Forest Hills, New York
February 26, 2008

Yours etc., *Richard M. Gutierrez* (signature)

Richard M. Gutierrez, Esq.
Attorney for Plaintiff
118-35 Queens Boulevard
Suite 1500
Forest Hills, New York 11375
(718) 520-0663

To: Corporation Counsel
100 Church Street, Room 3-141
New York, New York 10007
Attn: Jordan M. Smith, Esq.