UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MELVIN GRADY,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT, DET. DENNIS BRADLEY, UNDERCOVER
OFFICER #29103, UNDERCOVER OFFICER #7327

                               Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 7754 (AKH)(AJP)

      **PLEASE TAKE NOTICE** that **Leticia J. Santiago**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Eugene Madison, effective April 14, 2008, replacing ACC Jordan M. Smith.

Dated: New York, New York
       April 14, 2008

                               MICHAEL A. CARDOZO
                               Corporation Counsel
                                  of the City of New York
                               Attorney for Defendants City of New York
                               and Eugene Madison
                               100 Church Street, Room 3-161
                               New York, New York 10007
                               (212) 788-1573

                       By: _____
                               Leticia J. Santiago
                               Senior Counsel
                               Special Federal Litigation Division

To:  Richard M. Gutierrez, Esq. (by mail)
     118-35 Queens Boulevard, Suite 1500
     Forest Hills, NY 11375

- 2 -