UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

MELVIN GRADY,

                                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                      Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 7754 (AKH)(AJP)

      **PLEASE TAKE NOTICE** that **Caryn Rosencrantz**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and New York City Police Department, effective immediately, replacing ACC Jordan M. Smith.

Dated: New York, New York
       May 2, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel
                                          of the City of New York
                                      Attorney for Defendants City of New York
                                      and New York City Police Department
                                      100 Church Street, Room 3-219
                                      New York, New York 10007
                                      (212) 788-1276


                                      By:       **/s/**_____
                                            Caryn Rosencrantz
                                            Senior Counsel
                                            Special Federal Litigation Division

To:    Richard M. Gutierrez, Esq. (By ECF)
        118-35 Queens Boulevard, Suite 1500
        Forest Hills, NY 11375