

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Maurice L. Hudson<br>*Assistant Corporation Counsel*<br>mhudson@law.nyc.gov<br>(212) 788-8684<br>fax: (212) 788-9776 |

May 13, 2008

**BY FAX: (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

   Re: Melvin Grady v. City of New York, et al.
     07 CV 7754 (AKH)(AJP)

Your Honor:

   I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights lawsuit. I respectfully write to request that the status conference presently scheduled for June 6, 2008, at 9:30 a.m. be adjourned to the early morning of June 20, 2008. Plaintiff's counsel, Richard Gutierrez, Esq., consents to this request.

   The reason for this request is that there is a conflict on June 6, 2008, as the undersigned is presently scheduled to attend mandatory training at the National Institute for Trial Advocacy.[2] Additionally, because plaintiff's counsel has prior obligations in Queens County beginning at 11:00 a.m. on June 20, 2008, it is respectfully requested that the status conference be scheduled to commence at 9:00 a.m. or as close thereto as is convenient for the Court.

   The parties respectfully note for the Court's information that the parties are continuing to cooperate on discovery issues and that settlement negotiations have begun.

---

[2] The undersigned will also be in mandatory CLE training on Friday, June 13, 2008.

      Accordingly, it is respectfully requested that the Court adjourn the status conference to the early morning of June 20, 2008. I apologize to the Court for any inconvenience associated with this request and thank Your Honor for your consideration.

Respectfully submitted,

*[signature]*

Maurice L. Hudson  
Assistant Corporation Counsel

cc:    Richard M. Gutierrez, Esq. (by fax)  
       118-35 Queens Boulevard, Suite 1500  
       Forest Hills, NY 11375  
       Fax: 718-520-8306