UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

MELVIN GRADY,

                                 Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                                 Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 7754 (AKH)(AJP)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, New York City Police Department, Detective Dennis Bradley, and Undercover Officer #7327, effective immediately, replacing Senior Counsel Caryn A. Rosencrantz.

Dated:  New York, New York
          May 18, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                             of the City of New York
                                        Attorney for Defendants City of New York, New York City Police Department, Dennis Bradley, and Undercover Officer #7327
                                        100 Church Street, Room 3-209
                                        New York, New York 10007
                                        (212) 788-8684

                                      By:      _____/s/_____
                                                 Maurice L. Hudson
                                                 Assistant Corporation Counsel

To:     Richard Gutierrez, Esq. (By ECF)
          118-35 Queens Blvd. Suite 1500
          Forest Hills, NY 11375